UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Docket No. 1:17-CV-00221-DBH

| | |
|---|---|
| JENNA O'LEARY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MAINE SCHOOL ADMINISTRATIVE UNIT #27, | ) |
| | ) |
| Defendant | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-entitled matter is dismissed with prejudice and without costs.

Dated: January 19, 2018

/s/ Amy Phalon
Amy Phalon
MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085
(207) 773-5651
E-mail: aphalon@mpmlaw.com

Dated: January 19, 2018

/s/ Melissa A. Hewey
Melissa A. Hewey
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME 04101-2480
(207) 772-1941
E-mail: mhewey@dwmlaw.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I electronically filed the within Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Melissa A. Hewey, Esq.

/s/ Amy Phalon
Amy Phalon
MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME  04104-5085
(207) 773-5651
*E-mail:  aphalon@mpmlaw.com*